# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BARRY ISHMAEL MCREYNOLDS,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY HANSEN<br>*Minnesota State Trooper, in their individual and official capacities,*<br>TROOPERS DOE 1-6<br>*in their individual and official capacities*,<br><br>Defendants. | Case No. 22-CV-3219 (ECT/JFD)<br><br>**ORDER FOR SANCTIONS** |

On Friday, January 26, 2024, after counsel for the plaintiff failed to appear for court, the undersigned issued an order (Dkt. No. 24) for plaintiff's counsel to show cause why monetary sanctions should not be imposed. The Court noted that plaintiff's counsel had not appeared for multiple scheduled court appearances in the past.

Counsel has now submitted a response to the show cause order (Dkt. No. 25). Counsel represents that he made an error entering scheduling data into Clio, which the Court understands to be a law office management software product. As noted in the Order to Show Cause, counsel has several times indicated that technological problems are behind his failures to appear.

The Court sanctions counsel in the amount of $500. HOWEVER, that amount will not be due for 90 days. The amount owed will be reduced to fifty dollars if, by close of business on Friday, May 3, 2024 (or earlier), counsel presents proof, in the form of a sworn

affidavit, that he has done two things. First, counsel must go to Clio's website, navigate to "Clio Academy," and take all "courses" that appear when one enters the term "schedule" into Clio Academy's search box. The Court has looked, and found that there are only six or seven such courses and they are each five minutes long. Second, counsel will either take two hours of CLE on the topic of law office technology (not law office management generally, but law office technology specifically), or will engage the services of a law office technology professional for two hours of face-to-face, hands-on tutoring in counsel's office, with emphasis on the subjects of Clio, scheduling, and CM/ECF. Immediately upon these conditions being timely satisfied, the Court will enter an order reducing the amount counsel must pay to fifty dollars. If these conditions are not timely satisfied, then the original sanctions amount of $500 will become due and payable as of the close of business on Friday, May 3, 2024 and the Court will enter an appropriate order within one business day.

Date: February 2, 2024

       *s/ John F. Docherty*
       JOHN F. DOCHERTY
       United States Magistrate Judge